UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBIN M. SIMMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01480 ERW |
| ) | |
| CHASE STUDENT LOAN SERVICING, LLC, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendants have filed a Motion to Enforce Settlement [doc. #10]. Defendants state that they reached an oral settlement agreement with Plaintiff, and assert that Plaintiff now refuses to sign a written settlement agreement unless she is given additional money. In their Motion, Defendants ask that the Court enforce the settlement agreement and require Plaintiff to execute this agreement. The Parties shall appear on **Thursday, April 2, 2009** at **1:30 p.m** in Courtroom 12 South for an in-court hearing on Defendants' Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hear Defendants' Motion to Enforce Settlement [doc. #10] on **Thursday, April 2, 2009** at **1:30 p.m** in Courtroom 12 South.

Dated this 23rd Day of March, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE